**COMMONWEALTH of Pennsylvania, Respondent**

v.

**James LAWRENCE, Petitioner**

**No. 355 WAL 2016**

Supreme Court of Pennsylvania.

December 29, 2016

## ORDER

PER CURIAM

AND NOW, this 29th day of December, 2016, the Petition for Allowance of Appeal is **DENIED.**